STATE v. EVERHARDT

No. 515PA89

Case below: 96 N.C.App. 1

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 18 January 1990 with review limited to questions as to (1) whether mental injury will support the element of "serious injury" required for a conviction under G.S. 14-31; and, if not, (2) whether the evidence was sufficient to support a finding of physical injury.

STATE v. HATCHER

No. 556P89

Case below -- N.C.App. ---

Petition by defendant for a writ of certiorari to review the order of the North Carolina Court of Appeals allowed 18 January 1990 for the limited purpose of entering the following order: The order of Judge Brooks entered 7 July 1989 and the order of Judge Farmer entered 5 September 1989 are hereby vacated in the exercise of this Court's supervisory powers over the trial division; the case is remanded for further proceedings not inconsistent with this order, without prejudice to defendant's right to file further motions for pro hac vice appearances of counsel which meet the requirements of NCGS Section 84-4.1. Any such motions shall be determined in the trial court's discretion.

STATE v. HOFFMAN

No. 474P89

Case below: 95 N.C.App. 647

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.

STATE v. LEE

No. 516P89

Case below: 96 N.C.App. 122

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 January 1990.